NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK C. JACKSON,**
*Appellant,*

**v.**

**UNITED STATES,**
*Appellee.*

---

2014-5121

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00277-NBF, Judge Nancy B. Firestone.

---

**ON MOTION**

---

**O R D E R**

Mark C. Jackson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                        JACKSON v. US

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24